CRANE COMPANY, Respondent, *v.* FREDERICK J. SMYTHE, as Trustee in Bankruptcy of WHITMORE & WHITMORE, Appellant, Impleaded with Others.

*Crane Co.* v. *Pneumatic Signal Co.*, 94 App. Div. 53, affirmed.
(Argued June 14, 1905; decided October 3, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 6, 1904, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term and granting a new trial.

*Thomas Raines* for appellant.

*Curtis Fitz Simons* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

MINNIE H. CONGDON, as Administratrix of the Estate of ARTHUR E. CONGDON, Deceased, Respondent, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Congdon* v. *Delaware, L. & W. R. R. Co.*, 93 App. Div. 605, affirmed.
(Argued June 15, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 3, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*W. S. Jenney* for appellant.

*P. C. J. De Angelis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and WERNER, JJ. Not voting: VANN, J.